**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**STEVEN SHAW**                                                                                          **PETITIONER**
**ADC #500760**

**v.**                               **CASE NO. 5:14CV00192 BSM**

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**                                              **RESPONDENT**

# ORDER

Instead of filing these frivolous habeas petitions, Steven Shaw, you need to go somewhere and sit down. The record indicates that, in addition to your many parole violations, you committed and were found guilty of at least thirteen felony offenses during a six year span. And for all of the mayhem you caused, you were ordered to serve approximately 21 years in prison but only served four. You have been paroled over and over and have continuously failed to comply with the conditions of parole.

With this record, you asked this court to believe that your parole officer selectively prosecuted you and that you are being held in prison in violation of your constitutional rights. Although you have a right to file this petition, and this court has an obligation to read through every one of the documents in the record to see if there is any merit to your claim, this case appears to be quite ridiculous. I am very grateful that United States Magistrate Judge J. Thomas Ray was assigned this case because I am assured he gave his usual maximum effort. After reviewing the entire record, I am also very comfortable adopting his proposed findings and recommended disposition in all respects, because you simply do not have a case.

IT IS THEREFORE ORDERED that:

1	Steven Shaw's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 [Doc. No. 2] is dismissed with prejudice.

2	Shaw's motion for leave to amend the complaint [Doc. No. 12] is denied.

3	A certificate of appealability will not issue because Shaw has not made a substantial showing of the denial of a constitutional right.  *See* 28 U.S.C. § 2253(c).

IT IS SO ORDERED this 11th day of August 2015.

_____
UNITED STATES DISTRICT JUDGE